**Russell Wade CADE, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 5D16–2622.**

District Court of Appeal of Florida, Fifth District.

Nov. 18, 2016.

Russell Wade Cade, Jasper, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant

Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 20, 2016, judgment and sentence in Case No. 2015–00408–CFRA, in the Circuit Court in and for Flagler County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

ORFINGER, COHEN, EDWARDS, JJ., concur.